# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| VALENCIA RENA GARNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV414-026 |
| | ) |
| BREEZE TRANSPORTATION; | ) |
| AGENT NAME UNKNOWN | ) |
| U.S. ATTORNEY, | ) |
| | ) |
| Defendants. | ) |

## **REPORT AND RECOMMENDATION**

Valencia Rena Garner, a serial *pro se* filer who is enjoined from filing any more lawsuits in the Northern District of Georgia absent judicial permission, *In re Garner*, 1:12-MI-0042, doc. 1 (N.D. Ga. Mar. 23, 2012), has returned to this Court with a pair of lawsuits, including this one, based on paranoid delusions. CV414-026, doc. 1 at 3. For jurisdictional purposes only, the Court **GRANTS** her *in forma pauperis* motion. Doc. 2

This case must not only be **DISMISSED WITH PREJUDICE** as frivolous, but it joins Garner's legion of frivolous Northern District cases,

along with her sprinkling of filings here,[1] in warranting imposition of a $100 pre-filing bond, even if she in the future claims indigence. *See Robbins v. Universal Motown*, 2011 WL 2559639 at * 2 (S.D. Ga. Jun 27, 2011) ("for the next six months Robbins should be barred from filing any more lawsuits until he first posts a $100 frivolity bond, from which the Court will subtract $100 for the next frivolous lawsuit that he files. And if that does not work, then stronger remedies may be required. *See Chapman v. Executive Committee of U.S. Dist. Court for N. Dist. of Illinois*, 324 F. App'x 500, 502 (7th Cir. 2009) (court executive committee's order directing destruction of any papers submitted either directly or indirectly by or on behalf of vexatious *pro se* litigant was not an abuse of discretion; order was not an absolute bar since it contained a provision under which the restriction might be lifted, and filing bar was also narrowly tailored to litigant's abuse of the courts)"); *Bigglest v. Mayor and Alderman of City of Savannah*, 2012 WL 5200107, at * 2 (S.D.

---

[1] *Garner v. United* States, CV413-224, 2013 WL 5924373 (S.D. Ga. Nov. 4, 2013) dismissed outright, as it was based on fantastic and delusional claims); *Garner v. United States*, CV413-251, doc. 4 (S.D. Ga. Nov. 21, 2013) (transferred to the Northern District of Georgia); *Garner v. United States Government*, CV410-002, doc. 10 (S.D. Ga. Apr. 23, 2010) (same). In a companion order, the Court is transferring *Garner v. United States of America*, CV414-023, to the Northern District.

2

Ga. Oct. 22, 2012).

**SO REPORTED AND RECOMMENDED** this 26th day of February, 2014.

/s/ M. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA