IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VALENCIA RENA GARNER, )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-026
)
BREEZE TRANSPORTATION and )
UNKNOWN UNITED STATES ATTORNEY, )
)
    Defendants. )
)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review of the record in this case, the Court concurs with the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED** as frivolous. In addition, for the next six months Plaintiff Garner is barred from filing any more lawsuits until she first posts a $100 pre-filing frivolity bond, from which the Court will subtract $100 for the next frivolous lawsuit she files. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 21ST day of April 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA